John C. West - 007233
jwest@jsslaw.com
Anne E. Hardwick - 025521
ahardwick@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington St., Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Defendants/Counterclaimants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Crass, | No. 3:10-cv-8032-PCT-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Disability Management Alternatives, LLC, United Health Group, United Health Group Long Term Disability Plan, | |
| Defendants. | |
| UnitedHealth Group, Incorporated, UnitedHealth Group Long-Term Disability Plan, | |
| Counterclaimants, | |
| vs. | |
| Barbara Crass, | |
| Counterdefendant. | |

Notice is hereby given that the within cause of action has been settled.

. . .

. . .

. . .

3664247v1(51918.115)

Dated this 4th day of October, 2010.

                                         JENNINGS, STROUSS & SALMON, P.L.C.

                                         By  *s/ John C. West*
                                              John C. West
                                              Anne E. Hardwick
                                              One East Washington St., Suite 1900
                                              Phoenix, Arizona  85004-2554
                                              Attorneys for Defendants/
                                              Counterclaimants

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis -davis@scottdavispc

I further certify that on October 4, 2010, I put in the U.S. Mail a paper courtesy copy of the foregoing document and the Notice of Electronic Filing to the assigned Judge.

                                              *s/ Vickie E. Aragon*
                                              Vickie E. Aragon

3664247v1(51918.115)