# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Crass, | No. CV10-8032 PCT DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| Disability Management Alternatives, LLC, et al., | |
| Defendants. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **November 5, 2010** without further leave of Court.

DATED this 5th day of October, 2010.

_____
David G. Campbell
United States District Judge